# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1658

_____

Anthony R. Elwood,                         *
                                           *
      Plaintiff-Appellant,           *
                                           *
  v.                                       *     Appeal from the United States
                                           *     District Court for the Eastern
Racheal R. Elwood,                         *     District of Arkansas.
                                           *
      Defendant-Appellee.            *        **[UNPUBLISHED]**


_____

Submitted:  July 22, 2004
Filed:  August 10, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Plaintiff has filed an appeal from the dismissal of his claim against his wife (or former wife).  The district court found it had no jurisdiction to entertain such a claim and dismissed the case with prejudice.

After carefully reviewing the record, we affirm the district court's ruling and dismiss the appeal on the grounds stated in the district court's order dated February 2, 2004.  See 8th. Cir. R. 47B.

_____